| | |
|---|---|
| RAFAEL ARROYO, JR., | Case No.: 1:18-cv-01675-LJO-BAM |
| Plaintiff, | ORDER RE REQUEST TO CONTINUE SCHEDULING CONFERENCE |
| v. | (Doc. No. 6) |
| CHASE, INC., | |
| Defendant. | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

On March 13, 2019, Plaintiff filed a request to continue the Initial Scheduling Conference currently set for March 19, 2019, on the grounds that Defendant Chase, Inc. has not yet appeared or responded to the complaint and Plaintiff intends to seek its default. (Doc. No. 6.) Based on the status of this action, and for good cause appearing, the Initial Scheduling Conference currently set for March 19, 2019, is HEREBY CONTINUED to **May 6, 2019 at 9:00 AM in Courtroom 8 before Judge Barbara A. McAuliffe**. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference (Doc. No. 3) one (1) full week prior to the Scheduling Conference, and a copy shall be emailed, in Word format, to bamorders@caed.uscourts.gov. The

1

parties may appear at the scheduling conference by telephone with each party using the following dial-in number and passcode: **dial-in number 1-877-411-9748; passcode 3190866**.

IT IS SO ORDERED.

Dated: **March 18, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE