| | |
|---|---|
| 1 | H. Ty Kharazi, Esq. – SBN 187894 |
| | **YARRA LAW GROUP** |
| 2 | 2000 Fresno Street, Suite 300 |
| | Fresno, California 93721 |
| 3 | Telephone: (559) 441-1214 |
| | Facsimile: (559) 441-1215 |
| 4 | |
| | Attorneys for Defendants, |
| 5 | CHASE, INC., a California corporation |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., | Case No. 1:18-CV-01675-LJO-BAM |
| Plaintiff, | **STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AND TO ALLOW DEFENDANT TO FILE ANSWER; ORDER THEREON** |
| vs. | |
| CHASE, INC., A CALIFORNIA CORPORATION; DOES 1-10, | |
| Defendants. | Magistrate Judge Barbara A. McAuliffe |

Plaintiff, RAFAEL ARROYO, JR., ("Plaintiff") and Defendant CHASE, INC., a California corporation ("Defendant"), by and through their attorneys of record, agree as follows:

WHEREAS Plaintiff filed his Complaint on December 11, 2018;

WHEREAS Plaintiff submits that Defendant were served on February 17, 2019;

WHEREAS Defendants did not respond to the Complaint prior to March 11, 2019;

WHEREAS Plaintiff Requested an Entry of Default as to Defendant and was entered on March 14, 2019, by the Clerk (Docket No.: 8);

WHEREAS Defendants just sought advice from counsel and hired the undersigned counsel;

IT IS THEREFORE STIPULATED, that the Default as to Defendant, CHASE, INC., a California corporation entered on March 14, 2019, be set aside;

IT IS FURTHER Stipulated that Defendant shall file their Answer to the Complaint on or

Page 1 - STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AND TO ALLOW DEFENDANT TO FILE ANSWER; ORDER THEREON

before April 19, 2019.

Dated: March 26, 2019.   Respectfully submitted,

**CENTER FOR DISABILITY ACCESS**

/s/ Phyl Grace

_____

Phyl Grace
*Attorney for Plaintiff*,
RAFAEL ARROYO

Dated: March 26, 2019.   Respectfully submitted,

**YARRA LAW GROUP**

/s/ H. Ty Kharazi

_____

H. Ty Kharazi
*Attorney for Defendants*,
CHASE, INC.,

## **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: March 26, 2019.   **YARRA LAW GROUP**

/s/ H. Ty Kharazi

_____

H. Ty Kharazi
*Attorney for Defendants*,
CHASE, INC.,

## **ORDER**

For good cause shown, the Court adopts the stipulation of the parties set forth above. Accordingly, the default entered by the Clerk of Court against Defendant CHASE, INC., a California corporation, on March 14, 2019 (Doc. No. 8), is hereby VACATED. Defendant shall file its response to the complaint on or before April 19, 2019.

IT IS SO ORDERED.

Dated: **March 27, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE